**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS**

**ASHLEY DUNCAN**,

     **Plaintiff,**

**v.**

**CASEY'S RETAIL COMPANY**,

     **Defendants.**                  **No. 13-cv-608-DRH**

**<u>JUDGMENT IN A CIVIL CASE</u>**

     **DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

     **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 7, 2014, this case is **DISMISSED** with prejudice.

                      **JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

                      **BY:**       **/s/*Caitlin Fischer***
                               **Deputy Clerk**

Dated:  July 14, 2014

Digitally signed by
David R. Herndon
Date: 2014.07.14
13:45:22 -05'00'

APPROVED:
       CHIEF JUDGE
       U. S. DISTRICT COURT